IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAYNE E. ROYCE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV328 |
| | ) | |
| V. | ) | |
| | ) | |
| DOUGLAS COUNTY SCHOOL DISTRICT #54, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed an unopposed motion (filing 26) requesting that the court extend the discovery deadline for a period of thirty days from the time the court rules on Plaintiff's pending motion to compel (filing 23). Plaintiff asserts that this extension is necessary because she wishes to have the documents that are the subject of the motion to compel in advance of taking several depositions.

The court will grant the requested extension. However, by doing so, it is necessary to extend several other deadlines, as well as move the pretrial conference and trial dates. Therefore, an amended progression order will be entered.

Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion to Extend Discovery Deadline (filing 26) is granted. The discovery deadline in this case shall be thirty days from the court's ruling on Plaintiff's motion to compel (filing 23).

2. An amended progression order is forthcoming.

**DATED June 4, 2012.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge