IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAYNE E. ROYCE, | ) | Case No. 8:11-CV-328 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR PROTECTION** |
| | ) | **ORDER** |
| DOUGLAS COUNTY SCHOOL | ) | |
| DISTRICT #54, a/k/a RALSTON | ) | |
| PUBLIC SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The terms and conditions of the Joint Stipulation for Protection Order (Filing No. 34) are hereby adopted and ordered by the Court.

DATED this 14th day of August, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge