IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAYNE E. ROYCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DOUGLAS COUNTY SCHOOL DISTRICT #54, a/k/a RALSTON PUBLIC SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. 8:11CV328<br><br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' Stipulation and Joint Motion for Dismissal with Prejudice.  (Filing No. 40.)  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  Each party will pay its own costs.  Accordingly,

IT IS ORDERED:

1.　The parties' Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 40) is approved;

2.　The Plaintiff's Complaint and all causes of action contained therein are dismissed; and

3.　Each party will pay its own costs.


Dated this 12th day of October, 2012.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge